# BARRETT | BRIGHT | LASSITER | LINDER | PEREZ | GRANT

Peter Barrett
James Lee Bright
Mark Lassiter
Phillip Linder
Mark Perez
Deandra Grant

Roger Haynes
Sanjay Minocha
David Olivas
Britt Redden
Dennis Saumier
Alexandra Cazares-Perez

**ATTORNEYS AT LAW**
3300 Oak Lawn Avenue
Suite 700
Dallas, Texas 75219
Office: 214-720-7777
Fax: 214-720-7778
JLBrightLaw@Gmail.com

www.DFWCriminalLaw.com
www.DallasFederalCrimes.com

*Paralegals*
Shannon Ritacco
Heather Hunter
William Hall
Alexis Toscano
Elizabeth Herrera
Elisa Garcia
Gabriela Narvaez

*Of Counsel*
Rick Howard
Gary Redmon

January 14, 2022

United States District Court Clerk
Eastern District of Texas

> **RE:** *The Unites States of America v. Elmer Stewart Rhodes III*
> *Cause No(s).: 4:22-MJ-00011*

To the United States District Clerk:

Please be advised that I have been retained to represent Mr. Rhodes in the above referenced matter. Please enter my name as Attorney of Record, and direct any future communication regarding this matter to my attention. Your assistance is greatly appreciated. Should you have any questions, or require any further information from me, please do not hesitate to contact my office.

Sincerely,

*James Lee Bright*

James Lee Bright
Attorney-at-Law

## CERTIFICATE OF SERVICE

I, JAMES LEE BRIGHT, attorney for Defendant, certify that on the __14th____ day

of _January_____, 20_22_____, a copy of the foregoing was delivered to the

United States Attorney's office, *via electronic delivery*.


_____*James Lee Bright*_____
JAMES LEE BRIGHT