# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO.: 4:22-MJ-011 |
| | § | |
| ELMER STEWART RHODES, III | § | |

## AGREED ENTRY OF APPEARANCE OF COUNSEL

X    I wish to enter my appearance as retained co-counsel for the above-named defendant in this cause.

☐    I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:   January 24, 2022           /s/ Phillip A. Linder
                                    Attorney for Defendant
                                    State Bar No. 12363560
                                    3300 Oak Lawn Avenue, Suite 700
                                    Dallas, Texas 75219
                                    (214) 252- 9900 Office
                                    (214) 252-9902 Fax

## CERTIFICATE OF CONFERENCE

I conferred with Assistant United States Attorney, Justin Sher, on January 24, 2022, and does not oppose this Entry of Appearance of counsel.

                                     /s/ Phillip A. Linder
                                    Attorney for Defendant